**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND**

| | |
|---|---|
| **BRANDON BINION, et al.** : | **Civil Action No. 0:19-CV-00057-HRW** |
| **Plaintiffs** : | |
| -v- : | |
| **CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al.** : | |
| **Defendants** : | |

## PLAINTIFFS' STATUS REPORT

Come the Plaintiffs, by and through counsel, and hereby submit the following status report in accordance with the Court's Order of September 9, 2019 [D.N. 16]:

The Plaintiffs have filed a concurrent state court action in Boyd County Circuit Court identifying additional, non-diverse Defendants. Once service is effectuated and it is confirmed that there are no dispositive motions filed citing this action as the basis, the Plaintiffs intend to file a stipulation of dismissal of this action. The Plaintiffs appreciate the Court's patience on this matter and intend to keep the Court apprised of any developments which would modify or hinder these planned actions.

Respectfully Submitted,

/s/ *Jonathan B. Hollan*
Sam Aguiar
Jonathan B. Hollan
Sam Aguiar Injury Lawyers, PLLC
1201 Story Avenue, Suite 301
Louisville, KY 40206
Telephone: (502) 400-6969
sam@kylawoffie.com
jhollan@kylawoffice.com

*-and-*

Jeremy Clark
2706 Louisa Street
Catlettsburg, KY 41129
Telephone: (606) 739-6774
jeremy6uk@gmail.com

*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jonathan B. Hollan*
*Counsel for Plaintiffs*

2